1110

No. 76–5992.  BANKHEAD v. SLAZAS ET AL.  C. A. 2d Cir. Certiorari denied.

No. 76–5995.  EAGLE v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 76–5997.  THOMAS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5998.  COOK v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–6001.  NEWMAN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–6021.  NIXON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–6023.  PHIPPS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6025.  SMITH v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6028.  KALAMA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–6029.  ROBIN v. UNITED STATES ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 76–6033.  MONIN v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–6037.  REED v. DEL CHEMICAL CORP.  Ct. App. Ore.  Certiorari denied.

No. 76–6046.  DONOHUE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–6052.  NIXON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.